IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT MYERS & MARY MYERS,<br><br>          Plaintiffs,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign corporation,<br><br>          Defendant. | Case No. 12-CV-056-CVE-PJC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Robert Myers and Mary Myers, and Defendant, The Travelers Home and Marine Insurance Company, in the above captioned case, through their counsel of record, stipulate and agree Defendant, The Travelers Home and Marine Insurance Company, shall be, and hereby is, dismissed with prejudice to the filing of any future action, and upon the merits, pursuant to Fed.R.Civ.P. 41(a)(1), with regards to Plaintiffs' Complaint.  Each party shall bear their own costs, expenses and attorneys' fees.

Dated this 26th day of September, 2012.

          Respectfully submitted,

      /s/  Scott L. Tully   OBA 13606
Scott L. Tully, OBA #13606
tullylawfirm@gmail.com
P.O. Box 2141
Broken Arrow, Oklahoma  74011
Telephone:     918/872-8800
Facsimile:     866/224-2303
        and
Matthew J. Smith

Smith, Rolfes & Skavdahl Co., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
msmith@smithrolfes.com
*Attorneys for Plaintiff*


 /s/ Darrell W. Downs, OBA #12272
R. Stratton Taylor, OBA #10142
Staylor@soonerlaw.com
Michael Sean Burrage, OBA #15078
sburrage@soonerlaw.com
Darrell W. Downs, OBA #12272
Ddowns@soonerlaw.com
Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:    918/343-4100
Facsimile:    918/343-4900\
*Attorneys for Defendant, The Travelers Home and Marine Insurance Company*